AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Shengnan Wang and Hai Liu

**WARRANT FOR ARREST**

CASE NUMBER: 05m-219-JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Shengnan Wang _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
willfully use in connection with the purchase or sale of a security registered on a national securities exchange, a manipulative and deceitful device or contrivance in contravention of Title 17, Code of Federal Regulations, Section 240.10b-5, in violation of Title 15, U.S.C. Sections 78j(b) and 78ff(a), and 18 U.S.C. Section 2 (aiding and abetting); and corruptly obstruct and impede the due and proper administration of the law under which a pending proceeding is being had before an agency of the United States,

in violation of
Title _____18_____ United States Code, Section(s) __1505__

Joyce London Alexander
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4/8/05                    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE NAMED DEFENDANT ON | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Shegnan Wang

ALIAS:

LAST KNOWN RESIDENCE: 19 Madonna Street, Natick, Massachusetts 01709

LAST KNOWN EMPLOYMENT: Citizens Bank

PLACE OF BIRTH: China

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5791

HEIGHT:                                    WEIGHT:

SEX: Female                                RACE: Asian

HAIR: Brown                                EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigation, 1 Center Plaza, Suite 600,

Boston, MA 02108