AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

United States

v.

Hai Liu

**APPEARANCE**

Case Number: MJ 05M 219

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hai Liu for Purposes of initial appearance only.

I certify that I am admitted to practice in this court.

Date  4 / 11 / 05

Signature

Print Name  Mark Smith          Bar Number  542676

Address  15 Broad St , Suite 600

City  Boston   State  MA   Zip Code  02109

Phone Number  617 367-7984 X102   Fax Number  611·367· 6475