UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No. MJ05-M-219 JLA |
| | ) |
| HAI LIU and SHENGNAN WANG, | ) |
| Defendants | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, the criminal case cover sheet, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that the arrests of the defendants earlier today have eliminated the need to maintain the secrecy of these proceedings.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JONATHAN F. MITCHELL
Assistant U.S. Attorney

4/11/05   [signature], M.J.   allowed