RECEIVED
Clerk's Office
USDC, Mass
5/4/05
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAI LIU and SHENGNAN WANG, )<br>Defendants )<br>) | Case No. 05M-219-JLA |

### DEFENDANT'S WAIVER OF PRELIMINARY EXAMINATION

The Defendant Hai Liu waives his right to a Preliminary Examination, currently scheduled for May 5, 2005.

HAI LIU,

By his attorney,

_/s/ Mark Smith_
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: May 3, 2005

_/s/ Hai Liu_
Hai Liu

Dated: May 3, 2005